## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| KEN COLSTON and <br> CATHY CLEMONS, <br> *individually and on behalf all others similarly situated,* <br><br> Plaintiffs, <br><br> v. <br><br> ENVISION CREDIT UNION, <br><br> Defendant. | ) <br> ) <br> ) <br> )   **CASE NO. 4:22-cv-73-AW-MAF** <br> ) <br> )   **CLASS ACTION** <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Ken Colston and Cathy Clemons voluntarily dismiss their claims against Defendant without prejudice. Neither an answer to the complaint nor a motion for summary judgment has been served.

Dated: August 18, 2022

                                          Respectfully submitted,

                                          /s/ *Katherine Earle Yanes*
                                          Katherine Earle Yanes (FB# 159727)
                                          **KYNES, MARKMAN & FELMAN, P.A.**
                                          P.O. Box 3396
                                          Tampa, FL 33601-3396
                                          Telephone: (813) 229-1118
                                          Facsimile: (813) 221-6750
                                          Kyanes@kmf-law.com

*Local Counsel for Plaintiffs and the Putative Class*

Gary E. Mason (*pro hac vice*)
**Mason LLP**
5101 Wisconsin Ave., NW, Suite 350
Washington, DC 20016
Telephone: 202-429-2290
Facsimile: 202-429-2294
gmason@masonllp.com
*Counsel for Plaintiffs and the Putative Class*

## CERTIFICATE OF SERVICE

I certify that on August 18, 2022, the foregoing notice was electronically filed with the Clerk of the Court using the Electronic Filing System, which will serve a copy on all counsel of record.

/s/ *Katherine Earle Yanes*
Katherine Earle Yanes